

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00712-CV

**SSP HOLDINGS LIMITED PARTNERSHIP**
d/b/a Circle K and Stripes LLC, successor by merger to SSP Partners,
a Texas General Partnership,
Appellant

v.

Yolanda **LOPEZ** and Jesus Lopez,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2004-CVT-00-1507-D1
The Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order vacating the Final Award of Arbitration Panel" is REVERSED, the cause is REMANDED to the trial court, and the trial court is ORDERED to confirm the Final Award of Arbitration Panel."

It is further ORDERED that appellant recover its costs of appeal from appellees.

SIGNED April 30, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice